IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY TOBIAS, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN NUCLEAR OPERATING COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-cv-02244-TRJ |

# ORDER

On August 25, 2025, Plaintiff Geoffrey Tobias, individually and on behalf of others similarly situated, filed a response to the Court's show cause order and a motion to transfer venue to the Southern District of Georgia pursuant to 28 U.S.C. § 1406(a). (Docs. 50, 51). Defendant Southern Nuclear Operating Company ("Southern Nuclear") filed a statement of non-opposition on August 29, 2025, noting that it does not oppose transfer of this case to the Southern District of Georgia. (Doc. 52).

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). When Plaintiff initially brought this action against Defendant The Southern Company, he filed the Complaint in this district because The Southern Company is headquartered in Atlanta, Georgia. (Doc. 50 at 1). Plaintiff subsequently amended his Complaint, substituting Southern Nuclear as the sole Defendant. (Doc. 45). In the

Second Amended Complaint, Plaintiff alleges that he worked for Southern Nuclear at Plant Vogtle facility "Vogtle 3 & 4" at all relevant times, which is located in Burke County and falls within the Southern District of Georgia. (*Id.* at ¶¶ 2, 13, 42).

For these reasons, venue is proper in the Southern District of Georgia, and transfer of this action to the Southern District of Georgia is in the interest of justice. Accordingly, Plaintiff's unopposed motion to transfer venue (Doc. 51) is **GRANTED**. The Clerk is **DIRECTED** to transfer this case to the Southern District of Georgia and **CLOSE** this case.

SO ORDERED, this 2nd day of September, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge