# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:24−cv−02244−TRJ

| | |
|---|---|
| Tobias v. Southern Nuclear Operating Company | Date Filed: 05/22/2024 |
| Assigned to: Judge Tiffany R. Johnson | Jury Demand: Plaintiff |
| Cause: 29:216(b) Labor − Minimum wage or overtime compensation | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Geoffrey Tobias**  represented by  **Andrew W. Dunlap**
*Individually and for Others Similarly Situated*

Josephson Dunlap LLP
Suite 3050
11 Greenway Plaza
Houston, TX 77046
713−352−1100
Fax: 713−352−3300
Email: adunlap@mybackwages.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremy Stephens**
Morgan & Morgan, PA
191 Peachtree Street NE
Ste 4200
P.O. Box 57007
Atlanta, GA 30303
404−965−1682
Email: jstephens@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Josephson**
Josephson Dunlap LLP
Suite 3050
11 Greenway Plaza
Houston, TX 77046
713−352−1100
Fax: 713−352−3300
Email: mjosephson@mybackwages.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Burch**
Bruckner Burch, PLLC
11 Greenway Plaza
Suite 3025
Houston, TX 77046
713−877−8788
Fax: 713−877−8065

Email: rburch@brucknerburch.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis Grefenstette**
Josephson Dunlap LLP
11 Greenway Plaza
Ste 3050
Houston, TX 77046
713–352–1100
Fax: 713–352–3300
Email: tgrefenstette@mybackwages.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles Ryan Morgan**
Morgan & Morgan, P.A.
20 N. Orange Avenue
15th Floor
Orlando, FL 32801
407–420–1414
Email: rmorgan@forthepeople.com
*ATTORNEY TO BE NOTICED*

**William M. Hogg**
Laurel Employment Law APC
6309 Van Nuys Boulevard
Suite 111
Van Nuys, CA 91411
323–285–3161
Email: whogg@mybackwages.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Southern Company**
*TERMINATED: 08/04/2025*

represented by **Andrew Michael McKinley**
Seyfarth Shaw LLP
1075 Peachtree St., NE
Suite 2500
Atlanta, GA 30309
404–704–9665
Email: amckinley@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Kevin Michael Young**
Seyfarth Shaw LLP – Atl
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309–3958
404–885–1500

Fax: 404−892−7056
Email: kyoung@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Kyle Donald Winnick**
Seyfarth Shaw LLP
620 Eighth Avenue
Floor 31
New York, NY 10018
212−218−5510
Email: kwinnick@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Lennon Haas**
Seyfarth Shaw LLP
1075 Peachtree Street
Suite 2500
Atlanta, GA 30309
404−885−1500
Fax: 404−892−7056
Email: lhaas@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Southern Nuclear Operating Company** | represented by | **Kevin Michael Young** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2024 | Ï 1 | COLLECTIVE ACTION COMPLAINT with Jury Demand filed by Geoffrey Tobias. (Filing fee $405, receipt number AGANDC−13455003) (Attachments: # 1 Exhibit 1 − Consent to Join Geoffrey Tobias, # 2 Civil Cover Sheet)(bmr) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 05/24/2024) |
| 05/22/2024 | Ï 2 | Electronic Summons Issued as to The Southern Company. (bmr) (Entered: 05/24/2024) |
| 05/24/2024 | Ï 3 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Andrew W. Dunlap. Clerk to follow−up by 6/3/2024. (cpp) (Entered: 05/24/2024) |
| 05/24/2024 | Ï 4 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Richard J. Burch. Clerk to follow−up by 6/3/2024. (cpp) (Entered: 05/24/2024) |
| 05/24/2024 | Ï 5 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Michael A. Josephson. Clerk to follow−up by 6/3/2024. (cpp) (Entered: 05/24/2024) |
| 06/03/2024 | Ï 6 | APPLICATION for Admission of Andrew Dunlap Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13477951).by Geoffrey Tobias. (Dunlap, Andrew) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/03/2024) |
| 06/03/2024 | Ï 7 | APPLICATION for Admission of William M. Hogg Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13478067).by Geoffrey Tobias. (Hogg, William) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/03/2024) |

| | | |
|---|---|---|
| 06/03/2024 | Ï 8 | APPLICATION for Admission of Michael A. Josephson Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13478214).by Geoffrey Tobias. (Josephson, Michael) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/03/2024) |
| 06/04/2024 | Ï | RETURN of 6 APPLICATION for Admission of Andrew Dunlap Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13477951) to attorney for correction. Reason for return: Local counsel must file application. Please correct and resubmit. (cpp) (Entered: 06/04/2024) |
| 06/04/2024 | Ï | RETURN of 7 APPLICATION for Admission of William M. Hogg Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13478067) to attorney for correction. Reason for return: Local counsel must file application. Please correct and resubmit. (cpp) (Entered: 06/04/2024) |
| 06/04/2024 | Ï | RETURN of 8 APPLICATION for Admission of Michael A. Josephson Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13478214) to attorney for correction. Reason for return: Local counsel must file application. Please correct and resubmit. (cpp) (Entered: 06/04/2024) |
| 06/04/2024 | Ï 9 | ORDER declining assignment of case. Case reassigned to Judge Steve C. Jones for all further proceedings. Judge Amy Totenberg no longer assigned to case. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:24−cv−2244−SCJ. Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Judge Amy Totenberg on 6/4/24. (jpa) (Entered: 06/04/2024) |
| 06/04/2024 | Ï 10 | APPLICATION for Admission of Richard J. Burch Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13480372). with Brief In Support by Geoffrey Tobias. (Attachments: # 1 Supplement Certificate of Good Standing)(Stephens, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/04/2024) |
| 06/05/2024 | Ï | APPROVAL by Clerks Office re: 10 APPLICATION for Admission of Richard J. Burch Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13480372). Attorney Richard J. Burch added appearing on behalf of Geoffrey Tobias. E−filing access may be requested after an order granting the application is entered. (esr) (Entered: 06/05/2024) |
| 06/06/2024 | Ï 11 | APPLICATION for Admission of Michael A. Josephson Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13485990). with Brief In Support by Geoffrey Tobias. (Stephens, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/06/2024) |
| 06/06/2024 | Ï 12 | APPLICATION for Admission of William Marshall Hogg Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13486012). with Brief In Support by Geoffrey Tobias. (Stephens, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/06/2024) |
| 06/06/2024 | Ï 13 | APPLICATION for Admission of Andrew W. Dunlap Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13486019). with Brief In Support by Geoffrey Tobias. (Stephens, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 06/06/2024) |
| 06/06/2024 | Ï | DOCKET ORDER granting 10 Application for Admission Pro Hac Vice of Richard J. Burch. Entered by Judge Steve C. Jones on 6/06/204. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 06/06/2024) |
| 06/07/2024 | Ï | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Andrew W. Dunlap Pro Hac Vice (Application fee $ 100, receipt number AGANDC−13486019). Attorney Andrew W. Dunlap added appearing on behalf of Geoffrey Tobias. E−filing access may be requested after an order granting the application is entered. (esr) (Entered: 06/07/2024) |

| | | |
|---|---|---|
| 06/07/2024 | ï | APPROVAL by Clerks Office re: 11 APPLICATION for Admission of Michael A. Josephson Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13485990). Attorney Michael A. Josephson added appearing on behalf of Geoffrey Tobias. E–filing access may be requested after an order granting the application is entered. (esr) (Entered: 06/07/2024) |
| 06/07/2024 | ï | DOCKET ORDER granting 13 Application for Admission Pro Hac Vice of Andrew W. Dunlap. Entered by Judge Steve C. Jones on 6/7/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 06/07/2024) |
| 06/07/2024 | ï | APPROVAL by Clerks Office re: 12 APPLICATION for Admission of William Marshall Hogg Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13486012). Attorney William M. Hogg added appearing on behalf of Geoffrey Tobias. E–filing access may be requested after an order granting the application is entered. (esr) (Entered: 06/07/2024) |
| 06/07/2024 | ï | DOCKET ORDER granting 12 Application for Admission Pro Hac Vice of William Marshall Hogg. Entered by Judge Steve C. Jones on 6/7/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 06/07/2024) |
| 07/03/2024 | ï 14 | NOTICE of Appearance by Charles Ryan Morgan on behalf of Geoffrey Tobias (Morgan, Charles) (Entered: 07/03/2024) |
| 07/03/2024 | ï 15 | COURT'S NOTICE Of Filing Standing Order: Instructions for Cases Assigned to the Honorable Steve C. Jones. (pdw) (Entered: 07/03/2024) |
| 07/03/2024 | ï | DOCKET ORDER granting 11 Application for Admission Pro Hac Vice of Michael A. Josephson. Entered by Judge Steve C. Jones on 7/3/2024. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(pdw) (Entered: 07/03/2024) |
| 07/10/2024 | ï 16 | Return of Service Executed by Geoffrey Tobias. The Southern Company served on 7/8/2024, answer due 7/29/2024. (Hogg, William) (Entered: 07/10/2024) |
| 07/24/2024 | ï 17 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by The Southern Company. (Attachments: # 1 Text of Proposed Order)(Young, Kevin) (Entered: 07/24/2024) |
| 07/25/2024 | ï 18 | ORDER GRANTING 17 Defendant's Consent Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Defendant The Southern Company shall have up to and including August 19, 2024, to file its answer or otherwise respond to Plaintiff's Complaint. Signed by Judge Steve C. Jones on 07/25/2024. (ddm) (Entered: 07/25/2024) |
| 08/07/2024 | ï 19 | NOTICE of Appearance by Lennon Haas on behalf of The Southern Company (Haas, Lennon) (Entered: 08/07/2024) |
| 08/07/2024 | ï 20 | NOTICE of Appearance by Kyle Donald Winnick on behalf of The Southern Company (Winnick, Kyle) (Entered: 08/07/2024) |
| 08/07/2024 | ï 21 | NOTICE of Appearance by Andrew Michael McKinley on behalf of The Southern Company (McKinley, Andrew) (Entered: 08/07/2024) |
| 08/19/2024 | ï 22 | MOTION to Dismiss *Plaintiff's Complaint* with Brief In Support by The Southern Company. (Attachments: # 1 Brief, # 2 Affidavit Declaration of Kyle D. Winnick, # 3 Affidavit Declaration of Emma Talhelm)(Young, Kevin) (Entered: 08/19/2024) |

| | | |
|---|---|---|
| 08/29/2024 | ↳ 23 | Unopposed MOTION for Extension of Time File Response re: 22 MOTION to Dismiss *Plaintiff's Complaint* by Geoffrey Tobias. (Attachments: # 1 Text of Proposed Order)(Hogg, William) (Entered: 08/29/2024) |
| 08/30/2024 | ↳ 24 | ORDER granting 23 Plaintiff's Unopposed Motion for Extension of Time, on or before September 10, 2024, to Respond to Defendant's to Dismiss *Plaintiff's Complaint*. Signed by Judge Steve C. Jones on 08/30/2024. (ddm) (Entered: 08/30/2024) |
| 09/10/2024 | ↳ 25 | RESPONSE in Opposition re 22 MOTION to Dismiss *Plaintiff's Complaint* filed by Geoffrey Tobias. (Hogg, William) (Entered: 09/10/2024) |
| 09/24/2024 | ↳ 26 | REPLY BRIEF re 22 MOTION to Dismiss *Plaintiff's Complaint* filed by The Southern Company. (Young, Kevin) (Entered: 09/24/2024) |
| 09/25/2024 | ↳ | Submission of 22 MOTION to Dismiss *Plaintiff's Complaint*, to District Judge Steve C. Jones. (rsg) (Entered: 09/25/2024) |
| 01/06/2025 | ↳ | Case Reassigned to Judge Tiffany R Johnson. Judge Steve C. Jones no longer assigned to case. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:24–cv–02244–TRJ. Please make note of this change in order to facilitate the docketing of pleadings in this case. (rsg) Modified text on 1/7/2025 (rsg). (Entered: 01/07/2025) (Entered: 01/07/2025) |
| 01/07/2025 | ↳ | Submission of 22 MOTION to Dismiss *Plaintiff's Complaint*, to District Judge Tiffany R Johnson. (rsg) (Entered: 01/07/2025) |
| 02/06/2025 | ↳ 27 | GUIDELINES TO PARTIES AND COUNSEL IN CIVIL CASES PROCEEDING BEFORE THE HONORABLE TIFFANY R. JOHNSON. Within seven (7) days of entry of this Order in your case, you are required to sign and file a Certificate of Compliance in a format consistent with the attached Certificate of Compliance. (bgt) (Entered: 02/06/2025) |
| 02/06/2025 | ↳ 28 | CERTIFICATE of Compliance re 27 Order, (Hogg, William) (Entered: 02/06/2025) |
| 02/07/2025 | ↳ 29 | CERTIFICATE of Compliance re 27 Order, (Winnick, Kyle) (Entered: 02/07/2025) |
| 03/27/2025 | ↳ 30 | ORDER: Defendant's Motion to Dismiss Plaintiffs Complaint 22 is DENIED. Defendant is ORDERED to file an answer to the Complaint by April 10, 2025. The parties are ORDERED to submit a Joint Preliminary Report and Discovery Plan by May 12, 2025. Signed by Judge Tiffany R Johnson on 3/27/2025. (djs) (Entered: 03/27/2025) |
| 04/10/2025 | ↳ 31 | ANSWER to 1 COMPLAINT *and Affirmative Defenses* by The Southern Company. Discovery ends on 9/8/2025.(Young, Kevin) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 04/10/2025) |
| 05/08/2025 | ↳ 32 | APPLICATION for Admission of Travis J. Grefenstette Pro Hac Vice (Application fee $ 100, receipt number AGANDC–14284228). with Brief In Support by Geoffrey Tobias. (Stephens, Jeremy) Documents for this entry are not available for viewing outside the courthouse. (Entered: 05/08/2025) |
| 05/09/2025 | ↳ | APPROVAL by Clerks Office re: 32 APPLICATION for Admission of Travis J. Grefenstette Pro Hac Vice (Application fee $ 100, receipt number AGANDC–14284228). Attorney Travis Grefenstette added appearing on behalf of Geoffrey Tobias. E–filing access may be requested after an order granting the application is entered. (esr) (Entered: 05/09/2025) |
| 05/12/2025 | ↳ | ORDER by docket entry only granting 32 Application for Admission Pro Hac Vice for Travis Grefenstette. Approved by Judge Tiffany R Johnson on 5/12/25. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this |

| | | |
|---|---|---|
| | | step.(bmr) (Entered: 05/12/2025) |
| 05/12/2025 | ï | Clerk's Certificate of Mailing re Order on Application for Admission PHV to Travis J. Grefenstette. (bmr) (Entered: 05/12/2025) |
| 05/12/2025 | ï 33 | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by Geoffrey Tobias. (Josephson, Michael) (Entered: 05/12/2025) |
| 05/13/2025 | ï | NOTICE of Hearing: Scheduling Conference set for 6/10/2025 at 10:00 AM in ATLA Courtroom 1707 before Judge Tiffany R Johnson. All parties must have at least one attorney attend the scheduled hearing in−person. If out−of−district counsel is requesting to appear via Zoom, they must contact the Courtroom Deputy to make arrangements. If any counsel appears via Zoom, they will not be permitted to make any arguments at the hearing. All arguments must be made by counsel appearing in−person only. (bmr) (Entered: 05/13/2025) |
| 05/19/2025 | ï 34 | Unopposed MOTION to Continue *Scheduling Conference* by The Southern Company. (Attachments: # 1 Text of Proposed Order)(Young, Kevin) (Entered: 05/19/2025) |
| 05/19/2025 | ï 35 | Notice for Leave of Absence for the following date(s): 6/4/25−6/6/25, 6/9/25−6/13/25, 8/4/25−8/8/25, by Kevin Michael Young. (Young, Kevin) (Entered: 05/19/2025) |
| 05/19/2025 | ï 36 | Notice for Leave of Absence for the following date(s): 6/9/25−6/13/25, 6/23/25−6/27/25, by Andrew Michael McKinley. (McKinley, Andrew) (Entered: 05/19/2025) |
| 05/19/2025 | ï | ORDER by docket entry only granting 34 Motion to Continue. Scheduling Conference set for 6/24/2025 at 10:00 AM in ATLA Courtroom 1707 before Judge Tiffany R Johnson. Signed by Judge Tiffany R Johnson on 5/19/25. (bmr) (Entered: 05/19/2025) |
| 06/17/2025 | ï 37 | NOTICE by Geoffrey Tobias *of Filing Notice of Consent* (Attachments: # 1 Exhibit 1. Consent)(Hogg, William) (Entered: 06/17/2025) |
| 06/24/2025 | ï 38 | Minute Entry for proceedings held before Judge Tiffany R Johnson: Scheduling Conference held on 6/24/2025. Parties were heard on the 33 Joint Preliminary Report and Discovery Plan. Scheduling Order to follow. (Court Reporter Shannon Welch)(djs) (Entered: 06/24/2025) |
| 06/26/2025 | ï 39 | SCHEDULING ORDER: re: 33 Joint Preliminary Report and Discovery Plan. IT IS HEREBY ORDERED that, with respect to Phase 1 (collective certification discovery), Plaintiff shall have until October 17, 2025 to conduct discovery and file a motion for conditional certification. The parties shall confer regarding the scope of Phase 1 discovery. Defendants response to the motion shall be due on or before November 17, 2025. Plaintiffs reply shall be due on or before December 8, 2025. In light of the extended discovery schedule imposed, the Court is not inclined to grant any extensions of these deadlines absent a showing of exceptional circumstances. The parties are DIRECTED to notify the Court by July 24, 2025 whether The Southern Company is the proper defendant in this case. The parties are further DIRECTED to submit a discovery plan for Phase 2 (merits discovery) within 14 days of the Courts issuance of an order ruling on Plaintiffs motion for conditional certification. Signed by Judge Tiffany R Johnson on 6/26/2025. (djs) (Entered: 06/26/2025) |
| 07/23/2025 | ï 40 | Joint MOTION for Extension of Time to Notify the Court of the Proper Defendant re: 39 Scheduling Order,,,, by The Southern Company. (Young, Kevin) (Entered: 07/23/2025) |
| 07/24/2025 | ï | ORDER by docket entry only GRANTING 40 Joint Motion to Extend Time to Notify the Court of the Proper Defendant. The deadline for the parties to notify the Court whether The Southern Company is the proper defendant in this case is extended through and including 7/29/2025. Signed by Judge Tiffany R Johnson on 7/24/2025. (sal) (Entered: 07/24/2025) |
| 07/29/2025 | ï 41 | Joint MOTION to Substitute Party Defendant The Southern Companyby The Southern Company. (Attachments: # 1 Text of Proposed Order)(Young, Kevin) (Entered: 07/29/2025) |

| | | |
|---|---|---|
| 08/04/2025 | Ï 42 | First AMENDED COMPLAINT against Southern Nuclear Operating Companywith Jury Demand filed by Geoffrey Tobias. (Attachments: # 1 Exhibit 1. Consent Form)(Josephson, Michael) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 08/04/2025) |
| 08/04/2025 | Ï 43 | ORDER: The parties Joint Notice of Stipulation to Substitute Party Defendant 41 is APPROVED. Southern Nuclear Operating Company is SUBSTITUTED in place of The Southern Company as the sole Defendant, and the Clerk is DIRECTED to add Southern Nuclear Operating Company as a party to this action. The Southern Company is DISMISSED as a Defendant, and the Clerk is DIRECTED to terminate The Southern Company as a party to this action. Plaintiff is ORDERED to file an Amended Complaint naming Southern Nuclear Operating Company as the sole Defendant by August 8, 2025. IT IS FURTHER ORDERED that Plaintiff must file his certificate of interested persons and corporate disclosure statement by August 8, 2025, and Southern Nuclear Operating Company must file its certificate of interested persons and corporate disclosure statement by August 22, 2025. Signed by Judge Tiffany R. Johnson on 8/4/2025. (djs) (Entered: 08/04/2025) |
| 08/04/2025 | Ï | ORDER granting 41 Motion to Substitute Party.. Signed by Judge Tiffany R. Johnson on 8/4/2025. (djs) (Entered: 08/04/2025) |
| 08/08/2025 | Ï 44 | Certificate of Interested Persons and Corporate Disclosure Statement by Geoffrey Tobias. (Grefenstette, Travis) (Entered: 08/08/2025) |
| 08/08/2025 | Ï 45 | Second AMENDED COMPLAINT against Southern Nuclear Operating Companywith Jury Demand filed by Geoffrey Tobias. (Attachments: # 1 Exhibit 1. Consent Form)(Josephson, Michael) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 08/08/2025) |
| 08/13/2025 | Ï 46 | TRANSCRIPT of Proceedings held on 6/24/2025, before Judge Tiffany R. Johnson. Court Reporter/Transcriber Shannon R. Welch, RMR, CRR. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/court−reporter−directory. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/3/2025. Redacted Transcript Deadline set for 9/15/2025. Release of Transcript Restriction set for 11/12/2025. (Attachments: # 1 Notice of Filing) (srw) (Entered: 08/13/2025) |
| 08/15/2025 | Ï 47 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by Southern Nuclear Operating Company. (Attachments: # 1 Text of Proposed Order)(Young, Kevin) (Entered: 08/15/2025) |
| 08/18/2025 | Ï | ORDER by docket entry only GRANTING 47 Unopposed Motion for Extension of Time. The deadline for Defendant Southern Nuclear Operating Company to file a responsive pleading is extended through and including 9/5/2025. Signed by Judge Tiffany R. Johnson on 8/18/2025. (sal) (Entered: 08/18/2025) |
| 08/18/2025 | Ï 48 | ORDER TO SHOW CAUSE: Plaintiff is ORDERED to file, by August 25, 2025, a response to this Order and show cause why this action should not be dismissed or transferred for improper venue. Failure to file a satisfactory response with the Court shall result in the dismissal or transfer of this action. The Clerk is DIRECTED to submit this matter to the Court on August 26, 2025 if Plaintiff fails to comply with this Order. Signed by Judge Tiffany R. Johnson on 8/18/2025. (djs) (Entered: 08/18/2025) |
| 08/22/2025 | Ï 49 | Certificate of Interested Persons and Corporate Disclosure Statement by Southern Nuclear Operating Company identifying Corporate Parent The Southern Company for Southern Nuclear Operating Company. (Young, Kevin) (Entered: 08/22/2025) |

| | | |
|---|---|---|
| 08/25/2025 | Ï 50 | RESPONSE TO ORDER TO SHOW CAUSE by Geoffrey Tobias. filed by Geoffrey Tobias. (Grefenstette, Travis) Modified on 8/26/2025–multi part filing. Motion docketed separately (bmr). (Entered: 08/25/2025) |
| 08/26/2025 | Ï 51 | MOTION to Transfer Case to Southern District of Georgia (found in 50 Response to Order to Show Cause) by Geoffrey Tobias. (bmr) (Entered: 08/26/2025) |
| 08/29/2025 | Ï 52 | RESPONSE re 51 MOTION to Transfer Case to Southern District of Georgia *DEFENDANT'S NON−OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER VENUE* filed by Southern Nuclear Operating Company. (Young, Kevin) (Entered: 08/29/2025) |
| 08/29/2025 | Ï 53 | CERTIFICATE OF SERVICE *Serving Defendant's Objections and Responses to Plaintiff Geoffrey Tobias's First Set of Discovery to Defendant The Southern Company* by Southern Nuclear Operating Company.(Young, Kevin) (Entered: 08/29/2025) |
| 08/29/2025 | Ï 54 | CERTIFICATE OF SERVICE *Serving Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories and First Requests for Production* by Geoffrey Tobias.(Grefenstette, Travis) (Entered: 08/29/2025) |
| 09/02/2025 | Ï 55 | ORDER granting 51 Motion to Transfer Case.. The Clerk is DIRECTED to transfer this case to the Southern District of Georgia and CLOSE this case. Signed by Judge Tiffany R. Johnson on 9/2/2025. (djs) (Entered: 09/02/2025) |