IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GEOFFREY TOBIAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-202 |
| | ) | |
| SOUTHERN NUCLEAR OPERATING COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

Because the parties need more time to finalize aspects of the settlement terms, (see doc. no. 91), the Court **CONTINUES** the stay of all pending deadlines through and including April 20, 2026. If no dismissal is filed by this deadline, the parties shall advise the Court through a joint filing on the docket as to the status of the case by that same date.

SO ORDERED this 20th day of February, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA