**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

GEOFFREY TOBIAS, individually
and for others similarly
situated,

  Plaintiff,

   v.

SOUTHERN NUCLEAR OPERATING
COMPANY,

  Defendant.

*
*
*
*
*
*
*
*
*
*
*
*
*

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

MAY 0 1 2026

FILED

CV 125-202

**O R D E R**

Before the Court is the Parties' joint motion to withdraw and refile Plaintiff's unopposed motion to approve FLSA settlement. (Doc. 95.)  The Parties seek to withdraw Plaintiff's unopposed motion to approve FLSA settlement and dismiss with prejudice (Doc. 94), including all attachments filed therewith (Docs. 94-1, 94-2, 94-3, and 94-4).  (Id. at 1.)  The Parties state they "intend to promptly refile a corrected motion to approve the FLSA settlement." (Id. at 2.)  Accordingly, the Court **GRANTS** the motion (Doc. 95) and **DIRECTS** the Clerk to **TERMINATE** Plaintiff's unopposed motion to approve FLSA settlement and dismiss with prejudice (Doc. 94).

ORDER ENTERED at Augusta, Georgia, this \_\_\_1ST\_\_\_ day of May, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2