IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GEOFFREY TOBIAS,                    )
                                    )
           Plaintiff,               )
                                    )
     v.                             )          CV 125-202
                                    )
SOUTHERN NUCLEAR OPERATING          )
COMPANY,                            )
                                    )
           Defendant.               )
                           _____

**O R D E R**
                           _____

The Court has granted multiple joint requests to stay all pending deadlines while the parties finalized the closing documents for their settlement of the case and filing of a dismissal. (See doc. nos. 86, 88, 90, 92.)  On May 1, 2026, the parties filed their corrected Motion to Approve FLSA Settlement and Dismissal with Prejudice.[1]  (Doc. no. 97.)  In light of the May 1st filing indicating the parties have reached an agreement to resolve the case, and thus suggesting discovery is not necessary at this point, the Court **DENIES as MOOT** the motion to stay discovery.  (Doc. no. 78.)  Should either party deem discovery for this case to be necessary in the future, they may submit a motion requesting such.

SO ORDERED this 14th day of May, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]That motion is pending before United States District Judge J. Randal Hall.